IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 22-MJ-52 |
| | : | |
| **JOSHUA JOHNSON,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION TO QUASH THE
MARCH 8, 2022, ARREST WARRANT**

Now comes the United States, through the undersigned counsel, and moves to quash the arrest warrant issued for Joshua Johnson on March 8, 2022 (hereinafter referred to as the "Original Arrest Warrant"), attached hereto as Exhibit 1.

On March 8, 2022, Magistrate Judge Zia M. Faruqui issued the Original Arrest Warrant (Exhibit 1) based on a criminal complaint (Exhibit 2), filed the same day, charging defendant Johnson with violating the following statutes: 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2);40 U.S.C. § 5104(e)(2)(A); 40 U.S.C. § 5104(e)(2)(D); and 40 U.S.C. § 5104(e)(2)(G).  Johnson's arrest was never effectuated.

On March 11, 2022, a grand jury sitting in Washington, D.C. returned an indictment charging Johnson with the following offenses:  18 U.S.C. §§ 1512(c)(2), 2; 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 40 U.S.C. § 5104(e)(2)(A); 40 U.S.C. § 5104(e)(2)(D); and 40 U.S.C. § 5104(e)(2)(G). As a result of the indictment, the government is requesting that the Courtissue a new arrest warrant on March 11, 2022, so that the arrest warrant will map to the charges in the indictment.

---

Because the Defendant was indicted on new charges on March 11, 2022, and the government is seeking a new warrant that tracks the charges in the indictment, the Original Arrest Warrant is no longer accurate or needed. Consequently, the United States respectfully moves this Honorable Court to quash the Original Arrest Warrant.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        United States Attorney
                        DC Bar No. 481052

By:   */s/ Alexis Loeb*
        ALEXIS J. LOEB
        Assistant United States Attorney
        Detailee
        California Bar No. 269895
        450 Golden Gate Ave, 11th Floor
        San Francisco, CA 94102
        Alexis.loeb@usdoj.gov
        (415) 436-7168