UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | MAGISTRATE NO. 22-MJ-52 |
| JOSHUA JOHNSON | VIOLATIONS: |
| Defendant. | 18 U.S.C. §§ 1512(c)(2), and 2 (Obstruction of an Official Proceeding and Aiding and Abetting) |
| | 18 U.S.C. §§ 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) |
| | 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| | 40 U.S.C. § 5104(e)(2)(A) (Entering and Remaining on the Floor of Congress) |
| | 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in the Capitol Grounds or Buildings) |
| | 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) |
| | **FILED UNDER SEAL** |

### ORDER

Upon consideration of the Government's Motion to Seal the Indictment for Joshua Johnson, it is hereby

**ORDERED** that the Indictment for Joshua Johnson, the Government's Motion to Seal, and this Order be sealed until the defendant is arrested.

**ORDERED** that notwithstanding the sealing, the government may disclose the criminal indictment for Joshua Johnson in furtherance of its law enforcement and prosecution needs and discovery obligations.

**ORDERED** that upon execution of the arrest warrant for Joshua Johnson in this case, the indictment and charging documents shall be unsealed.

Date: March 11, 2022

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA