# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 22-MJ-52** |
| | : | |
| **JOSHUA JOHNSON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

In light of the government's Motion to Quash, and the entire record herein, this Court grants the Motion to Quash, and the March 8, 2022, arrest warrant issued for defendant Joshua Johnson in this matter is hereby quashed.

Date: _____

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE