AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00080 |
| Joshua Johnson | ) Assigned To : Sullivan, Emmet G. |
|  | ) Assign. Date : 3/11/2022 |
|  | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joshua Johnson ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(A) - Entering and Remaining on the Floor of Congress;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building;

Date:   03/11/2022

Digitally signed by G. Michael Harvey
Date: 2022.03.11 16:47:21 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Michael G. Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/18/2022, and the person was arrested on *(date)* 3/23/2022
at *(city and state)* Plano, Texas.

Date: 3/23/2022

*Arresting officer's signature*

HAIDER KHAN   DALLAS FBI
*Printed name and title*   FRISCO/SA