IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-0080-EGS |
| | : | |
| **JOSHUA JOHNSON,** | : | |
|    **Defendant.** | : | |

## NOTICE OF APPEARANCE

COMES NOW, Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance on behalf of the Defendant, Joshua Johnson, in the above-captioned criminal cause, *Nunc Pro Tunc* to March 28, 2022.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

Dated: April 1, 2022

1