AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Joshua Johnson

)
) Case: 1:22-cr-00080
) Assigned To : Sullivan, Emmet G.
) Assign. Date : 3/11/2022
) Description: INDICTMENT (B)
)
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Joshua Johnson

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(A) - Entering and Remaining on the Floor of Congress;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building;

Date:    03/11/2022

Digitally signed by G. Michael Harvey
Date: 2022.03.11 16:47:21 -05'00'

*Issuing officer's signature*

City and state:    Washington, D.C.              Michael G. Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/18/2022, and the person was arrested on *(date)* 3/23/2022
at *(city and state)* Plano, Texas

Date: 3/23/2022

*Arresting officer's signature*

HAIDER KHAN   DALLAS FBI FRISCO/RA
*Printed name and title*

```
MIME-Version:1.0
From:txedCM@txed.uscourts.gov
To:txedcmcc@txed.uscourts.gov
Bcc:
--Case Participants: Magistrate Judge Kimberly C Priest Johnson
(danni_canfield@txed.uscourts.gov, hajra_malik@txed.uscourts.gov,
jane_amerson@txed.uscourts.gov, karen_sessions@txed.uscourts.gov,
kimberly_johnson@txed.uscourts.gov)
--Non Case Participants: USM Plano/Sherman (usm_notify_planosherman@txed.uscourts.gov),
USPO Sherman (txep_notify_sherman@txep.uscourts.gov)
--No Notice Sent:

Message-Id:13439118@txed.uscourts.gov
Subject:Activity in Case 4:22-mj-00167-KPJ USA v. SEALED
Content−Type: text/html
```

# U.S. District Court

# Eastern District of TEXAS [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 3/23/2022 at 3:11 PM CDT and filed on 3/23/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 4:22−mj−00167−KPJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **NOTICE OF HEARING as to Joshua Johnson Initial Appearance Out of District Indictment set for 3/24/2022 09:30 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (jwam, )**


**4:22−mj−00167−KPJ−1 Notice has been electronically mailed to:**

**4:22−mj−00167−KPJ−1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:txedCM@txed.uscourts.gov
To:txedcmcc@txed.uscourts.gov
Bcc:
--Case Participants: Magistrate Judge Kimberly C Priest Johnson
(danni_canfield@txed.uscourts.gov, hajra_malik@txed.uscourts.gov,
jane_amerson@txed.uscourts.gov, karen_sessions@txed.uscourts.gov,
kimberly_johnson@txed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13439105@txed.uscourts.gov
Subject:Activity in Case 4:22-mj-00167-KPJ USA v. SEALED Case Unsealed
```
Content−Type: text/html

# U.S. District Court

# Eastern District of TEXAS [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 3/23/2022 at 3:09 PM CDT and filed on 3/23/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 4:22−mj−00167−KPJ *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
Case unsealed as to Joshua Johnson − defendant arrested 3/23/2022 (jwam, )


**4:22−mj−00167−KPJ *SEALED*−1** No electronic public notice will be sent because the case/entry is sealed.

USCA54

```
MIME-Version:1.0
From:txedCM@txed.uscourts.gov
To:txedcmcc@txed.uscourts.gov
Bcc:
--Case Participants: Magistrate Judge Kimberly C Priest Johnson
(danni_canfield@txed.uscourts.gov, hajra_malik@txed.uscourts.gov,
jane_amerson@txed.uscourts.gov, karen_sessions@txed.uscourts.gov,
kimberly_johnson@txed.uscourts.gov)
--Non Case Participants: USM Plano/Sherman (usm_notify_planosherman@txed.uscourts.gov),
USPO Sherman (txep_notify_sherman@txep.uscourts.gov)
--No Notice Sent:

Message-Id:13439113@txed.uscourts.gov
Subject:Activity in Case 4:22-mj-00167-KPJ USA v. SEALED Arrest
```

Content−Type: text/html

# U.S. District Court

# Eastern District of TEXAS [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 3/23/2022 at 3:10 PM CDT and filed on 3/23/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | [4:22−mj−00167−KPJ](#) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
[Arrest of Joshua Johnson (jwam, )](#)

**4:22−mj−00167−KPJ−1 Notice has been electronically mailed to:**

**4:22−mj−00167−KPJ−1 Notice will not be electronically mailed to:**

| DATE: | 3/24/2022 |
|---|---|
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 10:26 - 10:47 |
| TOTAL TIME: | 9 minutes |

CASE NUMBER 4:22-MJ-00167-KPJ

USA v. Joshua Johnson

*Maureen Smith*
AUSA

*Michelle Allen-McCoy*
Defense Attorney

☒ INITIAL APPEARANCE INDICTMENT  \*hearing held w/ 4:22CR073 / 4:22CR32
☐ ARRAIGNMENT
☐ DETENTION HEARING    ☐ PRELIMINARY HEARING    ☐ STATUS CONFERENCE

**FILED U.S. DISTRICT COURT MAR 24 2022 EASTERN DISTRICT OF TEXAS BY DEPUTY:**

☐ Hearing Held    ☐ Hearing Called    ☒ Defendant Sworn    ☐ Interpreter Required

☒ Date of arrest: 3/23/2022 – 1:22CR0080 District of Columbia (Other district court & case #)

☒ Defendant ☒ advised of charges ☒ advised of maximum penalties ☒ waived reading of indictment

☐ Defendant first appearance with counsel Attorney: _____ ☐ Retained
☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.
☒ Financial affidavit executed by dft.
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☐ able to employ counsel ☒ unable to employ counsel.
☐ _____ CJA appointed
☒ Michelle Allen McCoy FPD appointed

☐ USA ORAL motion for detention ☒    USA did not move for detention
☐ USA ORAL motion to continue ☐ Oral Order granting continuance ☐ Oral Order denying continuance
☐ Defendant ORAL motion to continue detention hearing
☐ Oral Order granting continuance    ☐ Oral Order denying continuance
☐ Detention hearing set _____
☐ Arraignment set _____

☐ Detention Hearing waived.
☐ Defendant detained based on signed Waiver.
☐ Preliminary Hearing waived.
☐ Court found Probable Cause based on signed Waiver.
☐ Defendant signed Waiver of Rule 5 and 5.1 hearings: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐ Defendant signed Waiver of Rule 32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐ Defendant remanded to custody of U.S. Marshal ☐ Defendant ordered removed to Originating District
☒ Order setting conditions of release ☐ PR Bond executed
☐ Defendant failed to appear    ☐ oral order for arrest warrant    ☐ bond forfeited
☒ See reverse/attached for additional proceedings

# DETENTION

☐ Government witnesses:

☐ Defendant witnesses:

**PROCEEDINGS:**

Court ordered Defendant ☐ DETAINED ☒ RELEASED

☒ Conditions of Release entered

☐ Defendant remanded to USM.

```
MIME-Version:1.0
From:txedCM@txed.uscourts.gov
To:txedcmcc@txed.uscourts.gov
Bcc:
--Case Participants: Michelle Allen-McCoy (dawn_m_koning@fd.org, kara_powell@fd.org,
katie_branch@fd.org, michelle_allen-mccoy@fd.org, sarah_capp@fd.org), Magistrate Judge
Kimberly C Priest Johnson (danni_canfield@txed.uscourts.gov,
hajra_malik@txed.uscourts.gov, jane_amerson@txed.uscourts.gov,
karen_sessions@txed.uscourts.gov, kimberly_johnson@txed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13441624@txed.uscourts.gov
Subject:Activity in Case 4:22-mj-00167-KPJ USA v. SEALED Motion for Detention
```

Content−Type: text/html

# U.S. District Court

# Eastern District of TEXAS [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 3/24/2022 at 3:36 PM CDT and filed on 3/24/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 4:22−mj−00167−KPJ |
| **Filer:** | USA |
| **Document Number:** | No document attached |

**Docket Text:**
**(ORAL) MOTION for Detention by USA as to Joshua Johnson. (baf, )**


**4:22−mj−00167−KPJ−1 Notice has been electronically mailed to:**

Michelle Allen−McCoy &nbsp &nbsp Michelle_Allen−McCoy@fd.org, Dawn_M_Koning@fd.org, Kara_Powell@fd.org, katie_branch@fd.org, Sarah_Capp@fd.org

**4:22−mj−00167−KPJ−1 Notice will not be electronically mailed to:**



**FILED**
U.S. DISTRICT COURT
MAR 24 2022
EASTERN DISTRICT OF TEXAS
BY DEPUTY: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NUMBER 4:22-MJ-00167-KPJ |
| JOSHUA JOHNSON | § § § | |

### ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**So ORDERED and SIGNED this 24th day of March, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

USCA59

Jump to Docket Table

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CRIMINAL DOCKET FOR CASE #: 4:22−mj−00167−KPJ−1

Case title: USA v. SEALED

Other court case number:  1:22cr80 District of Columbia

Date Filed: 03/18/2022

Assigned to: Magistrate Judge
Kimberly C Priest Johnson

**Defendant (1)**

| | | |
|---|---|---|
| **Joshua Johnson** | represented by | **Michelle Allen−McCoy**<br>Federal Defender's Office − Frisco<br>7460 Warran Parkway Suite 270<br>Frisco, TX 75034<br>469−362−8506<br>Fax: 469−362−6010<br>Email: Michelle_Allen−McCoy@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| OD − Indictment 1:22cr0080 District of Columbia | |

USCA51

**Plaintiff**

USA

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/18/2022 | 1 | | Rule 5(c)(3) Documents Received from the District of Columbia, Case Number 1:22cr80, as to Joshua Johnson (Attachments: # 1 Arrest Warrant) (mcg) (Entered: 03/18/2022) |
| 03/23/2022 | | 4 | Case unsealed as to Joshua Johnson − defendant arrested 3/23/2022 (jwam, ) (Entered: 03/23/2022) |
| 03/23/2022 | | 5 | Arrest of Joshua Johnson (jwam, ) (Entered: 03/23/2022) |
| 03/23/2022 | | 3 | NOTICE OF HEARING as to Joshua Johnson Initial Appearance Out of District Indictment set for 3/24/2022 09:30 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (jwam, ) (Entered: 03/23/2022) |
| 03/24/2022 | 2 | 6 | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson:Initial Appearance Indictment as to Joshua Johnson held on 3/24/2022,. Added FPD Michelle Allen−McCoy for Joshua Johnson. Defendant released on Conditions. (Court Reporter DIGITAL RECORDING.) (baf, ) (Entered: 03/24/2022) |
| 03/24/2022 | | 8 | (ORAL) MOTION for Detention by USA as to Joshua Johnson. (baf, ) (Entered: 03/24/2022) |
| 03/24/2022 | 3 | | SEALED CJA 23 Financial Affidavit by Joshua Johnson (baf, ) (Entered: 03/24/2022) |
| 03/24/2022 | 4 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Joshua Johnson. Signed by Magistrate Judge Kimberly C Priest Johnson on 3/24/2022. (baf, ) (Entered: 03/24/2022) |
| 03/24/2022 | 5 | | E−GOV SEALED ORDER Setting Conditions of Release. Signed by Magistrate Judge Kimberly C Priest Johnson on 3/24/2022. (baf, ) (Entered: 03/24/2022) |
| 04/20/2022 | 7 | 10 | E−GOV SEALED Arrest Warrant Returned Executed on 3/23/2022 in case as to Joshua Johnson. (mem) (Entered: 04/20/2022) |