IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | Case No. 1:22-cr-0080-EGS |
| : | |
| **JOSHUA JOHNSON,** : | |
| **Defendant.** : | |

## CONSENT MOTION FOR CONTINUANCE OF THE
## <u>STATUS  HEARING SCHEDULED FOR JUNE 8, 2022</u>

Comes now Defendant Joshua Johnson, by and through counsel, to request the entry of an Order continuing the status hearing scheduled for June 8, 2022, to a date convenient to the Court and to the parties.

As grounds, the following is stated:

1. This motion is consented to, per Assistant U.S. Attorney Alexis Loeb.

2. A status hearing (VTC) is scheduled for June 8, 2022, at 1:30 p.m.

3. Counsel for Mr. Johnson is requesting the continuance due to personal reasons, which counsel has discussed with both Mr. Johnson and with AUSA Loeb.

5. Grant of this motion to continue th June 8th status hearing should not affect the orderly administration of the Court's business.

6. Counsel has discussed with Mr. Johnson his right to a speedy trial, pursuant to the Speedy Trial Act.  Mr. Johnson waives his right to assert a speedy trial, for the period of time between June 8th, 2022, and the "new" date for a sentencing hearing. This exclusion of time pursuant to the Speedy Trial Act is also

justified because of on ongoing plea negotiations, as well the ongoing production of voluminous discovery materials in this January 6th case.

7.     The following dates are "bad dates" for counsel: The entire week of June 13-17, 2022, afternoon (1 - 4 p.m.) of June 21, 2022, morning (9 - 10:30 a.m.) of June 23, 2022, afternoon (Noon - 3 p.m.) of June 24, 2022, June 30 to July 11, 2022, morning (10 -11 a.m.) of July 15, 2022, and morning (10 - Noon) of July 18, 2022.

**WHEREFORE,** for the foregoing reasons and such other reasons that may appear just and proper, defendant Joshua Johnson requests the entry of an Order continuing the status hearing scheduled for June 8, 2022, to a date convenient to the Court and to the parties.

Respectfully submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. (301) 984-8005
Fax No. (301) 984-8008
Cell-phone (301)-807-3847
aorenberg@orenberglaw.com
Counsel for Joshua Johnson

Dated: May 23, 2022