**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No. 1:22-cr-0080-EGS |
| : | |
| **JOSHUA JOHNSON,** : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Defendant's Consent Motion for the entry of an Order continuing the Status hearing Scheduled for June 8, 2022, and for good cause shown, is this _____ day of May/June , 2022, hereby

**ORDERED,** the Motion is granted.

1. The status hearing scheduled for June 8, 2022, at 1:30 p.m. is vacated.

2. The Clerk of Court shall consult with the parties for the scheduling of a new status hearing date.

**SO ORDERED** this _____ day of May/June, 2022.

_____
Judge, U.S. District Judge
For the District of Columbia

Copies To:

1. All case registered parties
2. U.S. Pre-Trial Services Agency

1