IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No. 1:22-cr-0080-EGS |
| : | |
| **JOSHUA JOHNSON,** : | |
| **Defendant.** : | |

**CONSENT MOTION FOR TEMPORARY
MODIFICATION OF CONDITIONS OF RELEASE**

Comes now Defendant Joshua Johnson, by and through counsel, to request the entry of an Order temporarily modifying his conditions of release so he may leave his residence on July 9, 2020, from 8:00 a.m. until 8:00 p.m.

As grounds, the following is stated:

1. This motion is consented to, per Assistant U.S. Attorney Alexis Loeb.

2. On March 31, 2022, U.S. Magistrate Judge Zia M. Faruqui released Mr. Johnson on conditions including restricted home detention. *See* Doc. 19, Sec. 7(p)(ii).

3. It is counsel's understanding Mr. Johnson is in full compliance with all of his conditions of release.

4. Mr. Johnson is requesting a temporary modification of his conditions of release so he may leave his residence to visit with his young children on Saturday, July 9, 2022. His children (who reside with their mother) are approximately a two-hour drive from Mr. Johnson's current residence. Counsel has the exact address of

his children's mother and will provide it upon request to the Court and/or AUSA Alexis Loeb and/or the U.S. Pre-Trial Services Agency.

5. Mr. Johnson is requesting the temporary modification of his conditions of release to begin at 8:00 a.m. through 8:00 p.m. on July 9, 2022. Mr. Johnson's brother (with whom he resides) has offered to drive his brother Joshua to and from the visit.

6. Mr. Johnson understands and agrees that all other conditions of release remain in full force and effect.

**WHEREFORE,** for the foregoing reasons and such other reasons that may appear just and proper, defendant Joshua Johnson requests the entry of an Order temporarily modifying his conditions of release so he may leave his residence on July 9, 2020, from 8:00 a.m. until 8:00 p.m.

    Respectfully submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. (301) 984-8005
Fax No. (301) 984-8008
Cell-phone (301)-807-3847
aorenberg@orenberglaw.com
Counsel for Joshua Johnson

Dated: June 23, 2022