## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Case No. 1:22-cr-0080-EGS** |
| | : | |
| **JOSHUA JOHNSON,** | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

Upon   consideration   of   the Defendant's Consent Motion for Temporary Modification of Conditions of Release and for good cause shown,  is this _____ day of June/July, 2022, hereby

**ORDERED,** the Motion is granted.

Defendant Joshua Johnson may leave his residence on July 9, 2020, from 8:00 a.m. until 8:00 p.m. All other conditions of release remain in full force and effect.

**SO ORDERED** this _____ day of June/July, 2022.

_____
Judge, U.S. District Judge
For the District of Columbia

Copies To:

1.      All case registered parties
2.      U.S. Pre-Trial Services Agency

1