IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 22-CR-80 (EGS) |
| v. | : | 18 U.S.C. § 1512(c)(2) |
| JOSHUA JOHNSON, | : | |
| Defendant. | : | |

## NOTICE OF FILING

At the most recent status hearing in this matter, the Court asked the government to file the briefing in the D.C. Circuit appeal regarding the application of 18 U.S.C. § 1512(c)(2) in prosecutions arising from the events of January 6, 2021 (*United States v. Fischer,* Case No. 22-3038). That briefing is now complete. Attached as exhibits to this filing are the government's opening brief, the defendants' response, and the government's reply.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Alexis J. Loeb*
Alexis J. Loeb
Assistant United States Attorney
Detailee
C.A. Bar No. 269895

## DEFENDANT'S ACKNOWLEDGMENT

I, **JOSHUA JOHNSON**, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: _____   _____
**JOSHUA JOHNSON**
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: _____   _____
ALLEN H. ORENBERG
Attorney for Defendant