IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**    :
                                 :
  v.                             :   Case No. 1:22-cr-0080-CRC
                                 :
**JOSHUA JOHNSON,**              :
  **Defendant.**                 :

# ORDER

Upon consideration of the Defendant's Motion for Modification of Conditions of Release and for good cause shown, is this _____ day of November/December, 2022, hereby, **ORDERED,** the Motion is granted.

The Court vacates the condition of home detention with location monitoring. (radio frequency) Instead, the Court sets a curfew restricting the defendant to be in his home, daily, from 8:30 p.m. to 4:30 a.m.

All other conditions of release remain in full force and effect.

**SO ORDERED** this _____ day of November/December, 2022.

_____
Judge, U.S. District Judge
For the District of Columbia

Copies To:

1. All case registered parties
2. U.S. Pre-Trial Services Agency

1