**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOHN STRAND,**<br><br>Defendant. | Case No. 21-cr-85 (CRC) |

## **VOIR DIRE**

**Introduction**

You have been called to this courtroom for possible selection in a criminal case entitled United States v. Strand. The purpose of jury selection, which you will hear referred to as *voir dire*, is to select jurors who have no prior knowledge of the case and no bias toward either side in the case. In short, it is our aim to select a jury of twelve, with two alternates, that will reach a verdict based solely on the evidence presented in this courtroom and the law as I instruct you. During this process, you will be introduced to the participants in the trial, and I will ask you a series of questions that the lawyers and I think will be helpful to us in selecting a fair and impartial jury. You, of course, are bound by the oath you have just taken to truthfully answer those questions.

You all should now have an index card and a pen or pencil. Please look at your juror number and write your number in the upper right-hand corner of your index card. I am now going to ask you a series of questions. They are all yes/no questions. If you have a "yes" answer to a particular question, please write the number of the question on your card. Don't write "yes" or why you have a "yes" answer; just write the number. I will then bring each of you into my courtroom to question you separately about the answers you've provided.

This is a criminal case entitled <u>United States v. John Strand</u>. It arises out of Defendant Strand's conduct at the U.S. Capitol on January 6, 2021. At the time of the conduct, Mr. Strand resided in Los Angeles, California. The government has charged Mr. Strand, with five crimes relating to Congress's meeting at the United States Capitol on January 6, 2021, to certify the Electoral College vote for president. First, he is charged with obstructing an official proceeding for allegedly interfering with Congress's meeting and aiding and abetting the obstruction of that proceeding. Second, he is charged with entering and remaining in a restricted building or grounds. Third, he is charged with disorderly and disruptive conduct in a restricted building or grounds. Fourth, he is charged with disorderly conduct in a Capitol building. And fifth, he is charged with parading, demonstrating, or picketing in a Capitol Building. Mr. Strand had pleaded not guilty to all charges.

**Preliminary Matters**

1. Based on my conversations with the lawyers, I expect the trial in this case to last through the end of this week, and possibly into next week. The typical trial day lasts from 9:30 a.m. to 5 p.m., with 15-minute breaks in the morning and afternoon and a 1 hour and 15-minute lunch break. Do any of you have any difficulty with hearing, seeing, understanding the English language, or is there anything else which could impair your ability to sit as a juror and devote your full attention to this trial, given the schedule I have just described?

**Knowledge of Case, Attorneys, Jurors, Court Staff, and Potential Witnesses**

2. Apart from your general knowledge of the events of January 6, 2021, do you know or have you heard or read anything, or watched any videos, about Mr. Strand's alleged activities on January 6th?

3. The defendant worked for an organization named America's Frontline Doctors. Have you read any articles or seen any media regarding that organization?

4. Do you, or anyone you are close to, live or work in the area of the Capitol Building located on First Street, SE, in Washington, D.C., or are you otherwise familiar with this area?

5. Were you at or near the U.S. Capitol on January 6, 2021?

6. [Government Introductions] Do you know or know of Ms. Ayers-Perez or Mr. Manning?  Do you know or know of [Ms./Mr.] Shirine Rouhi or Mr. Turner?

7. [Defense introductions] Do you know or know of Mr. Strand or his attorneys, Mr. Brennwald or Ms. Sameera Ali?

8. Please take a minute to look at the other potential jurors.  Do you recognize or think that you know any of the other potential jurors in this panel?

9. During the presentation of evidence, you may hear testimony from or about the following persons:

> Carneysha Mendoza; Kyle Jones; Elizabeth Glavey; Joshua Pollitt; Nelson Vargas; Joseph Pitts; Austin McGoff; Benjamin Brockwell; Special Agent Eric Turner
>
> [Defense Witnesses TBD]

Do you know any of these prospective witnesses?

10. Please take a minute to look at my staff and other courtroom staff.  Do you know me or any member of the Court's staff?

**Presumption of Innocence and Instructions of the Court**

11. If you are selected for this jury, I will instruct you that your job is to determine whether the defendant committed the charged offenses beyond a reasonable doubt based on the evidence presented, and that you are not to consider the potential punishment the defendant could receive if he is found guilty.  Would you have any difficulty or hesitation following that instruction?

12. The government has the burden of proving Mr. Strand guilty beyond a reasonable doubt, and he is presumed innocent unless and until the government meets that burden.  This burden of proof never shifts to the defendant.  Would you have any difficulty or hesitation with respecting this allocation of the burden of proof?

13. Because Mr. Strand is presumed innocent, he need not testify nor offer any evidence.  Do you think his decision not to testify, to call witnesses, or to put on any evidence would make you think it is more likely that he is guilty?

14. There has been an indictment in this case.  An indictment is not evidence of a crime.  It merely initiates a case and is a formal way of presenting the charges.  Would the fact that an indictment charged Mr. Strand with a crime lead you to believe that he is guilty or make it difficult for you to apply the presumption of innocence?

15. If you are selected as a juror in this case, I will instruct you to avoid all media coverage, including radio, television, podcasts, and social media, and not to use

the Internet with regard to this case for any purpose. That is, you will be forbidden from reading anything about this case, listening to radio and podcasts about this case, watching TV news or anything on the Internet about this case, Googling this case, blogging, tweeting, or using other social media about this case, or reading or posting any comments about this case on any social media sites. Do you have any reservations or concerns about your ability or willingness to follow this instruction?

**Case-Specific Questions**

16. Mr. Strand has been charged with five crimes relating to Congress's meeting at the United States Capitol on January 6, 2021, to certify the Electoral College vote for president. Is there anything about the nature of these allegations that would prevent you from being neutral and fair in evaluating the evidence surrounding it?

17. Do you or does someone you know have any direct or indirect connection to events at the U.S. Capitol on January 6, 2021?

18. Have you ever watched video of what happened at the U.S. Capitol on January 6, 2021, on the news, Internet, or social media?

19. Have you ever watched video or read any articles about Dr. Gold, in relation to January 6, 2021 or otherwise, on the news, Internet, or social media?

20. Based on what you have seen or heard, if anything, about Mr. Strand or Dr. Gold, have you formed any opinions about Mr. Strand's guilt or innocence?

21. Have you watched any portion of the TV coverage of hearings by the "January 6" committee in the House of Representatives?

22. Do you have such strong feelings about the events of January 6, 2021, or those who have been charged with crimes for their participation in those events, that it would be difficult for you to follow the Court's instructions and render a fair and impartial verdict if you are chosen as a juror?

23. Under certain circumstances, the government can obtain authorization from a judge to search a premises or electronic media to obtain evidence like emails, text messages, video recordings, letters, financial information and other materials or information. I will instruct you that any evidence that is presented to you at trial was obtained legally and you can consider it. Do you have concerns about your ability to follow this instruction?

24. Do you think that your political views, or those of your significant other, would affect your ability to serve as a fair and impartial juror in this case?

**Experience with the Justice System**

The following questions relate to you, members of your immediate family, and close personal friends.

25. Has any member of that group ever been arrested or charged for any offense, other than a traffic offense?

26. Has any member of that group ever served as a witness in any judicial proceeding?

27. Has any member of that group been the victim of a criminal offense?

28. Has any member of that group ever worked in any aspect of the legal field as a lawyer, prosecutor, criminal defense attorney, legal secretary, paralegal, court reporter, investigator, law clerk, judge, or similar profession?

29. Has any member of that group ever applied for employment with, were employed by, or received training by any local, state, or federal law enforcement agency, including a prosecutor's office, the Federal Bureau of Investigation, Homeland Security, the Secret Service, Park police, Capitol Police, local police, or courthouse?

30. Has any member of that group ever served in the military?

31. Has any member of that group ever been a party to or involved in any legal action or dispute with any agency of the United States, or had any interest in such legal action or dispute or its outcome?

32. Has any member of that group been the subject of any investigation by a government agency, or do you have any case pending in State or Federal Court?

33. Have you ever had any legal training or law course or ever worked in a law office?

34. Have you had an experience as a juror in a previous trial or experience on a grand jury that would affect your ability to be a fair and impartial juror in this trial?

35. Have you had any contact or dispute with a department or agency of the United States government that was not handled to your satisfaction?

36. Do you have any opinions or beliefs concerning law enforcement in general, including the Metropolitan Police Department, the Capitol Police, and the U.S. Attorney's Office, that would affect your ability to evaluate the evidence fairly and impartially?

37. Several witnesses in this case may be law enforcement officers.  I will instruct you that the testimony of a law enforcement officer is to receive no greater or no

>     lesser consideration simply because that witness is a law enforcement officer. Would you have difficulty following that instruction?

**Religious or Moral Considerations**

> 38. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?

**Hardship and Catch-All**

> 39. Do you have any health problems that would interfere with your ability to sit as a juror in this case? This includes any medication that makes you drowsy or makes it difficult to remain alert during these proceedings and includes any problems with your hearing or eyesight.

> 40. The Court has taken a number of precautions to ensure that this trial will be conducted safely as we continue to deal with the COVID-19 pandemic. [The Court will describe these measures.] Despite these measures, is there any reason that serving on a jury during the pandemic would make it difficult for you to fulfill your duties as a juror?

> 41. We expect the presentation of evidence in this trial to conclude by the end of this week. After the close of the evidence, the jury will deliberate until it has reached a decision. I cannot tell you how long deliberations will be, which is determined by the jury itself. Would serving as a juror in this case be an extreme hardship to you?

> 42. My final question is a "catch-all question." Is there any reason that I haven't asked you about that would make it difficult for you to sit as a fair and impartial juror in this case or would make it difficult for you to accept and follow my instructions on the law?