# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.    : | **Case No. 1:22-cr-0080-CRC** |
| : | |
| **JOSHUA JOHNSON,**   : | |
|    **Defendant.**   : | |

## ORDER

Upon consideration of the Defendant's Consent Motion for the entry of an Order extending the time by which he may file pre-trial motions, and for good cause shown, is this \_\_\_\_\_ day of February, 2023, hereby,

**ORDERED,** the Consent Motion is granted. The following briefing schedule is ordered:

    a.    Pre-trial motions to be filed on or before March 13, 2023

    b.    Responses to be filed on or before April 3, 2023.

    c.    Any replies to be filed on or before April 17, 2023.

**SO ORDERED.**

_____
Judge, U.S. District Judge
For the District of Columbia

Copies To:

1.    All case registered parties