# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  :  | |
| : | **Case No.: 22-cr-80** |
| **v.**  : | |
| : | |
| **JOSHUA JOHNSON,**  : | |
| : | |
| **Defendant.**  : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Kyle Mirabelli, who may be contacted by telephone at (202) 252-7884 or e-mail at KMirabelli@usa.doj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ *Kyle Mirabelli*
Kyle Mirabelli
NY Bar No. 5663166
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20579
Phone: (202) 252-7884
KMirabelli@usa.doj.gov

## CERTIFICATE OF SERVICE

On this 21st day of February, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

        /s/ *Kyle Mirabelli*
Kyle Mirabelli
Assistant United States Attorney