# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 22-cr-00080(CRC) |
| v. : | |
| **JOSHUA JOHNSON** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Victoria A. sheets, who may be contacted by telephone at (202) 252-7566 or e-mail at Victoria.Sheets@usa.doj.gov. This is notice of their appearance in this matter on behalf of the United States.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              DC Bar No. 481052

By:    /s/ *Victoria A. Sheets*
          VICTORIA A. SHEETS
          NY Bar No. 5548623
          Assistant United States Attorney
          U.S. Department of Justice
          601 D Street NW
          Washington, DC 20530
          (202) 252-7566
          Victoria.Sheets@usdoj.gov

## CERTIFICATE OF SERVICE

On this 20th day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

    /s/ *Victoria A. Sheets*
Victoria A. Sheets
Assistant United States Attorney