CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.   )<br>)<br>JOSHUA JOHNSON )<br>) | Criminal Case No.: 22 CR 80 (CRC) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

/s/ Alexis J. Loeb
_____
Assistant United States attorney

Approved:

_____   Date: 3/2/23

Christopher R. Cooper
United States District Judge