UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 22-CR-80 (CRC) |
| | : | |
| **JOSHUA JOHNSON** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Alexis Loeb, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

By:   /s/ *Alexis J. Loeb*
ALEXIS J. LOEB
California Bar No. 269895
Assistant United States Attorney
Detailee
450 Golden Gate Ave, 11th Floor
San Francisco, CA 94102
Alexis.loeb@usdoj.gov
(415) 436-7168